UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ADRIAN HUNTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1043** |
| **ALLY** | **SECTION: "P" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 15), and the Plaintiff's failure to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss (R. Doc. 7) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of October 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**